AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CARMAN, GREGORY W. | US COURT OF INTERNATIONAL TRADE | 05/19/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE (Senior) | ☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

US COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors, Respect For Law Alliance, Inc. | Reporter appointed in 1995 as member B/D, appointed in 1998 as Vice-Chair, and appointed in 1998 (cont'd in Part VIII) |
| 2. | Non-Resident Member, University Club of City of Wash., DC | Reporter, a non-resident Club member for many years, was invited in June 1997 by Club's Board of Governors (cont'd in Part VIII) |
| 3. | Member Emeritus, Exec. Comm., Theo. Roosevelt American Inn of Court | In 2002 Reporter rejoined Inn as Member, Executive Comm. Member, & President for 2003-04 term (cont'd in Part VIII) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1966 | On 11/6/66 reported joined & continues as member, NYS Employees Retirement System; 1/94 began receiving monthly income benefits which continue to date. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARMAN, GREGORY W. | 05/19/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | NYS Employees Retirement System | $33,362.40 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Retirement Pension, NYC Teachers' Retirement System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARMAN, GREGORY W. | 05/19/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Home Mortgage | Mortgage on #287, Farmingdale, NY (See VII, #4) | M |
| 2. | Wells Fargo Home Mortgage | Mortgage on #671, Farmingdale, NY (See VII, #2) | M |
| 3. | MB Financial Bank NA (formerly Cole Taylor) | Mortgage on #3, Farmingdale, NY (See VII, #1) | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARMAN, GREGORY W. | 05/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. #3, FARMINGDALE, NY | E | Rent | N | W | | | | | |
| 2. #671, FARMINGDALE, NY | E | Rent | N | W | | | | | |
| 3. RIVERHEAD, NY | E | Rent | O | W | | | | | |
| 4. #287, FARMINGDALE, NY | E | Rent | N | W | | | | | |
| 5. #22 JOHNSBURG, NY | C | Rent | M | W | | | | | |
| 6. | | | | | | | | | |
| 7. CAPITAL ONE BANK: | | | | | | | | | |
| 8. savings #6 | A | Interest | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. CHASE - Checking | A | Interest | J | T | | | | | |
| 11. CHASE - Checking #2 | A | Interest | J | T | | | | | |
| 12. CHASE - Checking #3 | A | Interest | J | T | | | | | |
| 13. CHASE - Checking #4 | A | Interest | J | T | | | | | |
| 14. CHASE - Checking #5 | A | Interest | J | T | | | | | |
| 15. CHASE - Checking #6 | A | Interest | J | T | | | | | |
| 16. CHASE - Savings | A | Interest | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARMAN, GREGORY W. | 05/19/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CHASE Checking #1117 (X) | | | J | T | Open | 12/31/15 | J | | |
| 19. CHASE Checking #2303 (X) | | | J | T | Open | 12/31/15 | | | |
| 20. CHASE Checking #7353 (X) | | | | | | 12/31/15 | | | |
| 21. CHASE Checking #3876 (X) | | | | | | 12/31/15 | | | |
| 22. CHASE Checking #3089 (X) | | | | | | 12/31/15 | | | |
| 23. CHASE Checking #3178 (X) | | | | | | 12/31/15 | | | |
| 24. CHASE Savings #2037 (X) | A | Interest | K | T | Open | 12/31/15 | | | |
| 25. | | | | | | | | | |
| 26. RIDGEWOOD SAVINGS BK - Savings | A | Interest | L | T | | | | | |
| 27. | | | | | | | | | |
| 28. VANGUARD GROUP, an IRA account, consisting of the following: | D | Dividend | M | T | | | | | |
| 29. - VMMR Prime Portfolio | | | | | Distributed (part) | 01/21/15 | K | | reporter |
| 30. -VMMR PP (cont'd) | | | | | Distributed (part) | 06/12/15 | J | | reporter |
| 31. -VMMR PP (cont'd) | | | | | Distributed (part) | 10/06/15 | J | | reporter |
| 32. -VSP HEALTH CARE - ADMIRAL Shares | | | | | | | | | |
| 33. - SMALL CAP INDEX FUND | | | | | | | | | |
| 34. - ENERGY FUND | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARMAN, GREGORY W. | 05/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. VANGUARD Traditional IRA Brok. A/C consisting of: | C | Dividend | N | T | | | | | |
| 37. ALCATEL LUCENT | | | | | | | | | |
| 38. MICROSOFT CORP. | | | | | | | | | |
| 39. BANK OF NY | | | | | | | | | |
| 40. IBM | | | | | | | | | |
| 41. PEPSICO | | | | | | | | | |
| 42. CISCO | | | | | | | | | |
| 43. EXXON | | | | | | | | | |
| 44. QUALCOMM | | | | | | | | | |
| 45. AQUA AMERICA | | | | | | | | | |
| 46. BANK OF AMERICA | | | | | | | | | |
| 47. BERKSHIRE HATHAWAY | | | | | | | | | |
| 48. PROCTOR & GAMBLE | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. CHASE - (checking) | | None | J | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARMAN, GREGORY W. | 05/19/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CLEARBRIDGE VALUE TRUST C (LMVTX) | A | Dividend | J | T | | | | | |
| 53. | | | | | | | | | |
| 54. VANGUARD GROUP - IRA A/C consisting of: | B | Dividend | K | T | | | | | |
| 55. - Vanguard Fed. MM | | | | | | | | | |
| 56. - Vanguard Energy Fund Inv. Shares | | | | | | | | | |
| 57. - Vanguard Sel Value Fund | | | | | | | | | |
| 58. - Vanguard Windsor II | | | | | | | | | |
| 59. - Vanguard Prime MM | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. VANGUARD Traditional IRA Brok. A/C cons. of:-- | | None | L | T | | | | | |
| 62. Berkshire Hathaway | | | | | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 1: ALLAINCE: . . . as Vice-President for Video Programming.  Allaince was a NYS non-profit corporation; position was non-compensated.  Entity was dissolved 2/28/2014.

Part I, Line 2: UNIVERSITY CLUB: . . . to become an honorary membr of club, thereby exempting reporter from annual dues/assessments, as is the Club's reporter resumed his Non-Resident Status membership.

Part I, Line 3:  THEODORE ROOSEVELT AMERICAN INN OF COURT: . . .  Inn of Court is a non-profit corporation, formed to foster learning and scholarship in the law, and mentoring program for younger attorneys; all positions are non-compensated.  As of 7/2009, reporterassumed status as Member Emeritus on the Executive Committee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **GREGORY W. CARMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544